Rodney Nelson, Esq. (RN 380072021)  
24 Commerce Street  
Suite 1300  
Newark, NJ 07102  
973-622-1584  
rondey@labayenlaw.com  

**Hearing Date:** October 4, 2023  
**Hearing Time:** 10:00 AM  
**Objection Deadline:** September 27, 2023  

**UNITED STATES BANKRUPTCY COURT**  
**DISTRICT OF NEW JERSEY**

IN RE:

    THOMAS PATTERSON, JR.  
    *aka* THOMAS F PATTERSON  
    *aka* THOMAS FRANCIS PATTERSON  

    BLANCHE PATTERSON  
    *aka* BLANCHE I PATTERSON  
    *aka* BLANCHE IRIS PATTERSON  
    *aka* BLANCHE IRIS FREYRE  
                            Debtors

Case No.: 23-15491-RG  
Chapter 13  
Hon. Rosemary Gambardella  

## CERTIFICATION OF THE DEBTORS

We, Thomas Patterson and Blanche Patterson (collectively referred to as "the Debtors"), affirm the following statements under penalty of perjury:

1. We, the Debtors, have ownership of the property situated at APN 346-062-36 in Unincorporated Kern, CA ("the property") for a span of 50 years.

2. Throughout these years, we have periodically received unsolicited purchase offers for the property from various potential buyers.

3. These offers ranged from $1,000 to $2,000.

4. We bought the property for $6,700.

5. Around April 1, 2023, we engaged with a disinterested third party, Western Natural Resources, LLC, who presented an offer to purchase the property for $18,330 (see Exhibit A).

6. The assessed value of the property stands at $11,000 according to APN 346-062-36 in Unincorporated Kern, CA. We firmly assert that the offered purchase price of $18,330 represents a fair and reasonable market value for the property (see Exhibit B).

7. On August 2, 2023, we reached out to seven (7) local real estate attorneys in Southern California. Only one attorney, Kristin Hagan (Email - kristin@khaganlaw.com, Phone - 661 302 8066), agreed to a phone meeting. In that conversation, she advised that engaging an attorney would likely not be necessary for this transaction.

8. In Californina, Escrow Holder are retained instead of closing attorney who functions as a neutral entity, representing both the buyer and the seller.

9. The "Purchase and Sale Agreement (Exhibit A) designates the escrow holder as follows:

Stewart Title Guaranty Company
7676 Hazard Center Drive
Suite 1400 San Diego CA 92108
Escrow Officer: Carla Burchard

8. We do not possess any supplementary agreements with the escrow holder beyond the Purchase Agreement, and we believe this aligns with common practices in California.

9. Based on the information available to us, we are content in our understanding that employing an escrow holder without a closing attorney is standard practice in California.

10. We further believe that no broker could have procured a buyer willing to offer a higher price than Western Natural Resources, LLC.

Dated: September 18, 2023

BY: *[signature]*
Thomas Patterson

Dated September 18, 2023

BY: *[signature]*
Blanche Patterson